# United States Court of Appeals for the Fifth Circuit

———————

No. 25-40477
Summary Calendar

———————

United States Court of Appeals
Fifth Circuit

**FILED**
June 10, 2026

Lyle W. Cayce
Clerk

United States of America,

*Plaintiff—Appellee,*

*versus*

Fermin Hernandez-Mora,

*Defendant—Appellant.*

———————————————

Appeal from the United States District Court
for the Eastern District of Texas
USDC No. 4:22-CR-241-1

———————————————

Before Jones, Duncan, and Douglas, *Circuit Judges.*

Per Curiam:[*]

The attorney appointed to represent Fermin Hernandez-Mora has moved for leave to withdraw and has filed a brief in accordance with *Anders v. California*, 386 U.S. 738 (1967), and *United States v. Flores*, 632 F.3d 229 (5th Cir. 2011). Hernandez-Mora has filed a response. We have reviewed counsel's brief and the relevant portions of the record reflected therein, as

———————————————

[*] This opinion is not designated for publication. *See* 5th Cir. R. 47.5.

No. 25-40477

well as Hernandez-Mora's response.  We concur with counsel's assessment that the appeal presents no nonfrivolous issue for appellate review. Accordingly, counsel's motion for leave to withdraw is GRANTED, counsel is excused from further responsibilities herein, and the appeal is DISMISSED. *See* 5TH CIR. R. 42.2.

Hernandez-Mora's motion to appoint new counsel is DENIED as untimely. *See United States v. Wagner*, 158 F.3d 901, 902-03 (5th Cir. 1998).